Keith C. Owens (CA State Bar No. 184841)
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, California 90071-2411
Telephone:   213.972.4500
Facsimile:    213.486.0065
Email:   kowens@foley.com

C. Luckey McDowell (TX State Bar No. 24034565)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas  75201-2980
Telephone:   214.953.6500
Facsimile:    214.661.6503
Email:   luckey.mcdowell@bakerbotts.com

Counsel for YA Global Investments, L.P.

FILED & ENTERED

MAR 09 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re: <br><br> **COBALIS CORPORATION,** <br><br>     Debtor. | Case No 8:07-bk-12347-TA <br><br> Chapter 11 |
| **YA Global Investments, L.P.** <br><br> v. <br><br> **Montenegrex, a New York sole proprietorship registered to Rey Olsen** | Adversary No. 8:10-ap-01452-TA <br><br> **ORDER GRANTING YA GLOBAL'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date:  February 15, 2011 <br> Time:  10:00 a.m. PST <br> Ctrm:   5B <br>         411 West Fourth Street <br>         Santa Ana, CA <br><br> Judge:  HON. THEODOR C. ALBERT |

The Court, having heard and considered *YA Global's Motion for Partial Summary Judgment* (the "Motion") dated December 17, 2010, the *Motion for Summary* filed in this adversary proceeding by defendant Montenegrex, YA Global's Response to Summary Judgment

DAL02:576830.3

1

Filed by Montenegrex, the reply papers of Montenegrex, the declarations in support of the motions, and the arguments of counsel and parties at the hearing in this matter, and having made certain findings of fact and reached certain conclusions of law as provided in a separate document entered concurrently herewith, having determined that this is a core proceeding and that the Court has jurisdiction as provided herein pursuant to 28 U.S.C. §§ 158 and 1334, and having found that notice is adequate and proper under the circumstances of this case,

**IT IS HEREBY ORDERED**:

1. The Motion is **GRANTED** as set forth herein;

2. Summary judgment in favor of YA Global is granted with respect to YA Global's third cause of action and therefore the Judgment Lien[1] asserted by Montenegrex is not a valid lien;

3. Summary judgment in favor of YA Global is granted with respect to YA Global's fourth cause of action, and therefore the ORAP Lien[2] asserted by Montenegrex lapsed on August 21, 2010, and does not secure any claim held by Montenegrex;

4. All of the counterclaims asserted by Montenegrex against YA Global are **DENIED** and **DISMISSED WITH PREJUDICE**;

5. Summary judgment in favor of YA Global is granted with respect to YA Global's fifth cause of action, and therefore Montenegrex is estopped from further challenging the priority scheme before this Court;

6. The appeal of the Confirmation Order divests this Court of jurisdiction to rule on YA Global's First and Second Causes of Action because, in the Confirmation Order, this Court

---

[1] The term "Judgment Lien" is defined in the findings of fact and conclusions of law entered concurrently herewith.

[2] The term "ORAP Lien" is defined in the findings of fact and conclusions of law entered concurrently herewith.

DAL02:576830.3

ruled that YA Global holds a properly perfected first-priority security interest that is senior to any lien asserted by Montenegrex;

7. In the alternative, and to the extent that the Bankruptcy Appellate Panel were to seek clarification regarding this Court's determination in the Confirmation Order, **THE COURT FURTHER ORDERS AND DECLARES:**

8. Summary judgment in favor of YA Global is granted with respect to YA Global's First and Second Causes of Action and YA Global's claims are secured by a properly perfected first-priority lien in substantially all of the assets of the Debtor, and such liens have priority over any liens asserted by Montenegrex;

9. Montenegrex's claim is unsecured and has no collateral for security pursuant to section 506(a) of the Bankruptcy Code; and

10. The Court shall retain jurisdiction to interpret and enforce this order to the maximum extent possible.

###

DATED: March 9, 2011

_Theodor C. Albert_
United States Bankruptcy Judge

DAL02:576830.3

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **555 S. Flower Street, 35th Floor, Los Angeles, CA 90071-2411.** A true and correct copy of the foregoing document(s) described as: **ORDER GRANTING YA GLOBAL'S MOTION FOR PARTIAL SUMMARY JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 22, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY E-MAIL, FIRST CLASS MAIL OR OVERNIGHT MAIL:** (indicate method for each person or entity served): - On February 22, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding. I also served the following person(s) and/or entity(ies) by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid addressed as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**Via U.S. First Class Mail**
Debtor Cobalis Corporation
Attn: Chaslav Radovich, President
2030 Main Street, Suite 1300
Irvine, CA 92614

**Via Email and U.S. Mail:**
**Counsel For Debtor**
Robert P. Goe
Goe & Forsythe LLP
18101 Von Karman Ave, Suite 510
Irvine, CA 92612
rgoe@goeforlaw.com

**Via U.S. Mail**
Office of the United States Trustee
411 West Fourth Street
Santa Ana, CA 92701

**Via E-Mail & U.S. Mail**
Montenegrex
Attn: Rey Olsen
P.O. Box 7022
New York, NY 10150-7022
**WSGNY@aol.com**

**Via U.S. Mail**
Montenegrex
Attn: Rey Olsen
41-26 27th Street, Unit 3D
Long Island City, NY 10150-7022

By hand delivery:
- The Honorable Theodor C. Albert, USBC, 411 West Fourth Street, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 22, 2011 | Susan C. Vasquez | /s/ Susan C. Vasquez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

DAL02:576830.3

Main Document    Page 5 of 5

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING YA GLOBAL'S MOTION FOR PARTIAL SUMMARY JUDGMENT** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ___2/28/2011____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- US Trustee(Santa Ana)   ustregion16.sa.ecf@usdoj.com
- Keith C. Owens            kowens@foley.com
- luckey.mcdowell@bakerbotts.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor Cobalis Corporation
Attn: Chaslav Radovich, President
2030 Main Street, Suite 1300
Irvine, CA  92614

Montenegrex
Attn: Rey Olsen
P.O. Box 7022
New York, NY  10150-7022

**Via U.S. Mail:**
**Counsel For Debtor**
Robert P. Goe
Goe & Forsythe LLP
18101 Von Karman Ave, Suite 510
Irvine, CA  92612

Montenegrex
Attn: Rey Olsen
41-26 27th Street, Unit 3D
Long Island City, NY  10150-7022

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

DAL02:576830.3